Argued March 26, affirmed March 26, petition for rehearing
denied April 19, petition for review denied June 19, 1973

TINA LEE TREMBLAY, *Appellant, v.*
TOOMBS (No. 75035), *Respondent.*

507 P2d 1160

*Gary D. Babcock,* Public Defender, Salem, argued the cause and filed the brief for appellant.

*William R. Canessa,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.